UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMARIO CRENSHAW,

    Petitioner,                            Case No. 23-cv-11507
                                            Hon. Matthew F. Leitman

v.

STATE OF MICHIGAN,

    Respondent.
_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability and leave to appeal *in forma pauperis* are **DENIED**.

                                                        KINIKIA ESSIX
                                                        CLERK OF COURT

                          By:    s/Holly A. Ryan
                                                       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: July 26, 2023
Detroit, Michigan